Certificate Number: 14912-CAC-DE-038195940

Bankruptcy Case Number: 23-18198



14912-CAC-DE-038195940

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2024, at 11:34 o'clock PM EST, Robert Hernandez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: February 17, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor